IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**SERIES 17−03−615,**
**SERIES 21−12−1644,**
**SERIES 15−09−157,**
**SERIES 17−04−631,**
**SERIES 16−08−483,**
**SERIES 23−05−1945,**
**SERIES 15−09−355,**
**SERIES 16−11−509,**
**SERIES 21−061592,**
*all designated series of* MSP RECOVERY CLAIMS SERIES, LLC,

    **Plaintiffs,**

v.                Case No. 2:24-cv-02366-KHV-BGS

**TEVA PHARMACEUTICALS USA, INC.,**
**TEVA NEUROSCIENCE, INC.,**
**ADVANCED CARE SCRIPTS, INC.,**
**ASSIST RX, INC.,**
**CHRONIC DISEASE FUND d/b/a GOOD DAYS,**
**THE ASSISTANCE FUND,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐   **JURY VERDICT.**   This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**Consistent with the MEMORANDUM AND ORDER [Doc. 128] filed on April 30, 2025, the Court dismisses plaintiffs' claims against defendants Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., Advanced Care Scripts, Inc., AssistRx, Inc., Chronic Disease Fund (d/b/a Good Days), and The Assistance Fund.**

Dated: 4/30/2025             SKYLER B. O'HARA,
                             CLERK OF THE DISTRICT COURT

                             by:

                             /s/ Jeffrey S. Hokanson
                             Deputy Clerk